UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| MIKEISHA BLACKMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 97-1629 (PLF) |
| | ) | Consolidated with |
| DISTRICT OF COLUMBIA, et al., | ) | Civil Action No. 97-2402 (PLF) |
| | ) | |
| Defendants. | ) | |
| | ) | |

MEMORANDUM OPINION AND ORDER

On January 8, 2016, Daniel McCall moved to continue the evidentiary hearing that had been set in this matter for January 12, 2016. The Court granted the continuance by Minute Order of January 11, 2016. Petitioner Jayshawn Douglas responded, consenting to continuing the hearing, but requesting that: (1) mediation be continued until February 29, 2016; (2) depositions be authorized and taken in March; (3) a firm hearing date be set in April with no further continuances absent extraordinary circumstances; and (4) the memoranda of law referenced in this Court's August 18, 2015 Order be due two weeks prior to the evidentiary hearing date. McCall argues that settlement discussions with Magistrate Judge Harvey should be allowed to continue until Judge Harvey believes that the matter is at an impasse and discussions no longer are fruitful. McCall, however, does not object to taking relevant depositions and filing memoranda of law in the meantime.

As long as sessions before Magistrate Judge Harvey continue to be productive towards resolving this matter, the Court is reluctant to impose a firm deadline for the conclusion

of settlement discussions. This matter, however, has been pending since November 4, 2014, and almost six months have passed since the originally scheduled date for the evidentiary hearing. The Court believes that a firm date for the evidentiary hearing may aid settlement discussions. The Court therefore will order that no further continuances of the evidentiary hearing in this matter will be granted absent extraordinary circumstances. The parties will also be authorized to take relevant depositions and file memoranda of law in preparation for the hearing. The Court encourages the parties to continue to engage in good-faith settlement discussions and to finally resolve this matter. For these reasons, it is hereby

ORDERED that the parties – including the District of Columbia – shall meet and confer and file a joint status report on or before January 29, 2016, proposing: (1) available dates for the evidentiary hearing no earlier than April 20, 2016; and (2) a schedule for depositions and the filing of the memoranda referenced by the Court in its August 18, 2015 Order; and it is

ORDERED that no further continuances of the evidentiary hearing will be granted absent extraordinary circumstances.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE: January 14, 2016                    United States District Judge

2